Opinion issued July 29, 2010



 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00590-CR

———————————

In re robert jackson, Relator



 



 



Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

          Relator has filed a pro se petition for writ of mandamus in
this Court.[1]  Relator requests that we order respondent[2]
to set a hearing date for a pro se writ of habeas corpus that he claims to have
filed in trial court cause number 10CR0724. We deny the petition.  

          Relator is represented by counsel in the trial court.  Relator is not entitled to hybrid
representation.  See Patrick v. State, 906 S.W.2d 481, 498 (Tex. (Tex. Crim. App.
App. 1995); Gray v. Shipley, 877
S.W.2d 806 (Tex. App.— Houston [1st Dist.] 1994, orig. proceeding).

          The petition for writ of mandamus is therefore denied.

PER CURIAM

Panel
consists of Justices Keyes, Hanks, and Higley.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]
          Relator requests relief related
to a pending criminal charge, filed as trial court cause number 10CR0274 in the
405th District Court of Galveston County, Texas. Relator is represented in the
trial court by counsel G. Byron Fulk.

 





[2]           Respondent is the Honorable Wayne
Malia, Presiding Judge, of the 405th District Court of Galveston County,
Texas.